UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| LIDIA LECH, ) | C.A. No. 3:2017-cv-30024 |
| Plaintiff, ) | |
| v. ) | |
| DOROTHEA VON GOELER, MD, *et al.*[1] ) | |
| Defendants. ) | |

NOTICE OF APPEAL

The plaintiff, Ms. Lidia Lech, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered on June 8, 2022, an order that adjudicates all claims and the rights and liabilities of all parties.

Respectfully submitted,
Ms. Lidia Lech,
By her attorneys,                                                  Dated: 6/27/2022

___/s/ *David Rountree*_____
David Rountree, BBO # 555763
486 Main Street, Suite 2
Greenfield, MA 01301
(413) 774-6900
rountreelaw@verizon.net

___/s/ *John Godleski*_____
John Godleski, BBO# 688999
277 Main Street, Suite 300
Greenfield, MA 01301
(413) 695-8790
jack.godleski@gmail.com

---

[1] BAYSTATE MEDICAL PRACTICES, INC., HAMPDEN COUNTY SHERIFF'S DEPARTMENT, MARIA DIAZ, NICOLE SKORUPSKI, ELIZABETH MEAUX, SHANTELLE ROSADO, JULIE BELLE-ISLE, LYNN CHASE, MICHAEL J. ASHE, JR., NICHOLAS COCCHI, PATRICIA MURPHY, NATALIE CRUZ, MICHAEL VANCINI.

CERTIFICATE OF SERVICE

    I, John Godleski, counsel for Plaintiff, Lidia Lech, hereby certify that on June 27, 2022, I served a copy of this document on all counsel of record via the Court's ECF notification system.

                                    /s/ John Godleski
                                    John Godleski, Esq.